322

Earl Gene TOMLIN, Appellant, v. STATE
of Texas, Appellee.
No. 25381.

Court of Criminal Appeals of Texas.
June 20, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for theft, with a sentence of five years in the penitentiary.

Appellant has filed an affidavit, in proper form, requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.